UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 07-CV-12324 WGY

| | |
|---|---|
| FREDERICK GROSSMITH,<br>        Plaintiff | )<br>)<br>) |
| VS | )<br>) |
| RICHARD NOONAN, IN HIS CAPACITY<br>AS SERGEANT OF THE FOXBOROUGH<br>POLICE DEPARTMENT AND<br>INDIVIDUALLY; JOSEPH MCDONALD<br>IN HIS CAPACITY AS POLICE OFFICER<br>OF THE TOWN OF FOXBOROUGH<br>AND INDIVIDUALLY,<br>        Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS' OPPOSITION TO THE PLAINTIFF'S MOTION IN LIMINE REGARDING PHOTOGRAPHS OF KATO AND HIS PASSIVE NATURE

     The defendants oppose the plaintiff's motion on the grounds that the photographs of Kato, the dog in question, both before and after he was shot by the plaintiff, are probative and that evidence of his nature prior to his demise is also probative.

     The plaintiff will testify that Kato was a malnourished, uncared for pet at the time that he shot a rifle bullet into his head. He will also testify that he was a vicious animal who had attacked his cattle, his wife, and his son the month before the shooting. He will claim that Kato attacked him on the day of the shooting. The defendants are entitled to rebut this testimony both through photographic evidence of Kato's condition both before and after he was shot and through testimony regarding Kato's true nature, that of a passive household pet.

[signature next page]

Respectfully submitted,

The defendants,
Richard Noonan and
Joseph McDonald,
By their attorneys,

.

/s/ Thomas R. Donohue
Leonard H. Kesten, BBO#542042
Thomas R. Donohue, BBO#643483
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA  02116
(617) 880-7100

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electric Filing (NEF) and paper copies will be sent to those participants indicated as non-registered participants on April 6, 2009.

April 6, 2009     /s/ Thomas R. Donohue
_____
   Date        Thomas R. Donohue