UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FREDRICK GROSSMITH,

*Plaintiff*

v.

RICHARD NOONAN et al.

*Defendant*

CIVIL ACTION NO.: 07CV12324

## AMENDMENT TO PLAINTFF'S PROPOSED JURY INSTRUCTIONS

Now comes the Plaintiff in the above entitled matter and moves this Honorable Court to permit the plaintiff to amend his proposed jury instructions by adding the following:

**Jury Instruction No: 17**

**Dog Attacking Person or Certain Animals May Be Killed (MGL ch. 140 § 159)**

Any person may kill a dog which suddenly assaults him while he is peaceably standing, walking or riding outside the enclosure of its owner or keeper; and any person may kill a dog found out of the enclosure of its owner or keeper and not under his immediate care in the act of worrying, wounding or killing persons, live stock or fowls, and if any person shall kill or attempt to kill a dog so found, and in the act of worrying, wounding or killing persons, live stock or fowls, he shall not be held liable for cruelty to the dog unless it shall be shown that he intended to be cruel to the dog, or that he acted with a wanton and reckless disregard for the suffering of the dog. Prompt killing of a wounded dog, or a prompt report to the owner or to a dog officer of the wounding of the dog, shall be considered evidence of sufficient regard for the suffering of the dog.

                                         Respectfully Submitted:
                                         Plaintiff, Frederick Grossmith
                                         By His Attorney:

                                         /s/ Theodore G. Goguen, Jr., Esq. _____
                                         Theodore H. Goguen, Jr., Esq. BBO# 196740
                                         Charles S. Pappas, Esq. BBO# 663281
                                         GOGUEN, MCLAUGHLIN, RICHARDS & MAHANEY, LLP
                                         2 Pleasant Street
                                         S. Natick, MA 01760
Date: April 7, 2009              Tel: (508) 651-1000