UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREDERICK GROSSMITH,<br>    Plaintiff<br><br>VS<br><br>RICHARD NOONAN, IN HIS CAPACITY<br>AS SERGEANT OF THE FOXBOROUGH<br>POLICE DEPARTMENT AND<br>INDIVIDUALLY; JOSEPH MCDONALD<br>IN HIS CAPACITY AS POLICE OFFICER<br>OF THE TOWN OF FOXBOROUGH<br>AND INDIVIDUALLY,<br>    Defendants | )<br>)<br>)<br>)   C.A. No. 07-12324 WGY<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS' MOTION FOR DIRECTED VERDICT AT THE CLOSE OF PLAINTIFF'S EVIDENCE

The Defendants, Richard Noonan and Joseph McDonald, hereby ask this Court to direct a Verdict against the Plaintiff, Frederick Grossmith, at the close of his evidence. The evidence introduced at Trial establishes that Mr. Grossmith cannot prove that he was arrested without probable cause or that either officer used officer used excessive force during handcuffing.

According to Mr. Grossmith's testimony, he did not tell any officers that he or his livestock was being attacked or bothered at the time he shot the dog. Rather, Mr. Grossmith testified that he told the police that he was bit by a dog and then shot it after taking his weapon out of the truck. Likewise, the handcuffing procedure described by Mr. Grossmith cannot be excessive force.

Accordingly, no reasonable finder of fact can find that Mr. Grossmith was arrested by Sergeant Noonan without probable cause or that Sergeant Noonan or Officer McDonald used excessive force during handcuffing.

Respectfully submitted,
Defendant, Richard Noonan
and Joseph McDonald
By their attorneys,

/s/ *Thomas Donohue*

Leonard Kesten, BBO #542042
Thomas Donohue, BBO #643483
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza, 12th Floor
Boston, MA 02116
(617) 880-7100