UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
FREDRICK GROSSMITH                   )
                                    )
        Plaintiff,                   )
                                    )
        v.                           ) CIVIL ACTION
                                    ) NO. 07-12324-WGY
RICHARD NOONAN                       )
JOSEPH MCDONALD                      )
                                    )
        Defendants                   )
_____)

## JURY VERDICT

1. On the claim for arrest without probable cause, we find for:

   __X__  Richard Noonan        _____  Fredrick Grossmith

2. On the claim for assault and battery, we find for:

   __X__  Richard Noonan        _____  Fredrick Grossmith

3. On the claim for false imprisonment, we find for:

   __X__  Richard Noonan        _____  Fredrick Grossmith

4. We assess

        compensatory damages of  _____

        punitive damages of      _____

5. On the claim of intentional infliction of emotional distress, we find for:

   __X__  Richard Noonan        _____  Fredrick Grossmith and
                                       assess compensatory damages
                                       of: _____

6.  On the claim for excessive use of force, we find for:

   __X__  Joseph McDonald        _____  Fredrick Grossmith and
                                        assess compensatory damages
                                        of:  _____

                              _____Laurel B Czech_____
                              FORELADY

DATE __4/10/09__