UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                  Civil Action
                                  No 07-12324-WGY

**FREDERICK GROSSMITH**
**Plaintiff**

v.

**RICHARD NOONAN**
**JOSEPH MACDONALD**
**Defendant**


JUDGMENT

      This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED JUDGMENT FOR THE DEFENDANTS**   Richard Noonan and Joseph MacDonald .

                                        **Sarah A. Thornton**
                                        **Clerk**

**So Approved**

**/s/ William G. Young**
        **USDJ**                                                  **/s/ Elizabeth Smith**
                                                              **Deputy Clerk**

April 10, 2009

**To: All Counsel**