UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREDRICK GROSSMITH,<br><br>*Plaintiff*<br><br>v.<br><br>RICHARD NOONAN et al.<br><br>*Defendant* | CIVIL ACTION NO.: 07CV12324 |

### PLAINTIFF FREDERIC GROSSMITH'S MOTION FOR JUDGMENT NOTWITHSTANDING THE VERDICT PURSUANT TO FED.R.CIV.P. 50(b)

**NOW** comes Plaintiff Frederick Grossmith and moves pursuant to Fed. Rule Civ. Pro. 50(b) that this honorable court render a judgment notwithstanding the verdict in favor of Plaintiff Grossmith.

**AS REASONS** therefore, Plaintiff states that considering the evidence in the light most favorable to the Defendant that no legally sufficient evidentiary basis exists for the jury to have found in favor of the Defendant in order to render a verdict for the Defendant. In support of his motion, the Plaintiff will submit a Memorandum of Law.

**WHEREFORE**, Plaintiff Grossmith respectfully requests this Court enter a judgment notwithstanding the verdict pursuant to Fed. Rule Civ. Pro. 50(b). Defendant respectfully requests a hearing on the merits of the instant Motion.

Respectfully Submitted:
Plaintiff, Frederick Grossmith
By His Attorney:

/s/ Theodore G. Goguen, Jr., Esq. _____
Theodore H. Goguen, Jr., Esq. BBO# 196740
Charles S. Pappas, Esq. BBO# 663281
GOGUEN, MCLAUGHLIN, RICHARDS & MAHANEY, LLP

2 Pleasant Street  
S. Natick, MA 01760  
Tel: (508) 651-1000

Date: April 14, 2009

## Local Rule 7.1 Certification

  I hereby certify that I conferred with counsel for the Defendants and cannot resolve this matter.

         /s/ Theodore G. Goguen, Jr., Esq. _____  
         Theodore H. Goguen, Jr., Esq. BBO# 196740