## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FREDERICK GROSSMITH, | ) |
| *PLAINTIFF* | ) |
| v. | ) |
| RICHARD NOONAN, IN HIS CAPCITY AS SERGEANT OF THE FOXBOROUGH POLICE DEPARTMENT AND INDIVIDUALLY; JOSEPH McDONALD IN HIS CAPACITY AS POLICE OFFICER OF THE TOWN OF FOXBOROUGH AND INDIVIDUALLY | ) CIVIL ACTION NO.: 07CV12324WGY |
| *DEFENDANTS* | ) |

## **NOTICE OF APPEAL**

Notice is hereby given that the Plaintiff, Frederick Grossmith (the "Plaintiff") appeals to the United States Court of Appeals for the First Circuit from the Jury Verdict dated April 10, 2009 in favor of the Defendants, Richard Noonan and Joseph McDonald.

    Respectfully Submitted
    The Plaintiff, Frederick Grossmith
    By His Attorney,

    Theodore H. Goguen, Jr., Esq.
    BBO# 196740
    46 Waltham Street, Ste. 306
    Boston, MA 02118
    Tel: (617) 338-4903

Dated:   June 10, 2009

**CERTIFICATE OF SERVICE**

    I hereby certify that a true copy of the within document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electric Filing (NEF)on the 10th day of June 2009.

                                           */s/ Theodore H. Goguen, Jr.*
                                           _____
                                           Theodore H. Goguen, Jr.